PROB 12C - (Rev. D/NM-8/2014)                                                                                          4820943

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Sheldon Howe |
| Docket Number: | 1084 1:18CR01579 -001MV |
| Assigned Judge: | Honorable Martha Vazquez, United States District Judge |
| Date of Original Sentence: | 09/04/2019 |
| Original Offense: | 18 U.S.C. 1153: Arson of a Dwelling, Crime in Indian Country |
| Original Sentence: | BOP: 30 months; TSR: 5 years |
| Date Supervision Commenced: | 05/27/2020 |
| Date Supervision Expires: | 05/26/2025 |
| Other Court Action: | None |

## PETITIONING THE COURT

No warrant requested.  Emergency warrant issued.

U.S. Probation Officer of the Court, Rachel Loya-Hobbs, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| MC | You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On December 12, 2020, the defendant submitted a urine test that tested positive for amphetamine. The defendant admitted to consuming methamphetamine prior to his urine test. |
| SPC | You must reside in a residential reentry center for a term of (up to) 6 months.  You must follow the rules and regulations of the center.<br><br>On December 24, 2020, the defendant was observed leaving the Residential Reentry Center (RRC) in Albuquerque, New Mexico, without permission from the RRC staff. The defendant failed to return to the RRC, was subsequently declared an absconder, and terminated from the program. |

This marks the defendant's first positive drug test for illegal controlled substances since 05/27/2020.

The maximum statutory penalty:  5 years imprisonment; 5 years supervised release.
The revocation range of imprisonment:  4 to 10 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/28/2020.

| Submitted: | Approved: | ☒ Phone Approval |
|---|---|---|
| *R. Hobbs* (signature) | | |
| Rachel Loya-Hobbs<br>U.S. Probation Officer<br>Cell #: (505) 366-3583 | Jack E. Burkhead<br>(505) 224-1434<br>Assistant U.S. Attorney | |

Date: 12/28/2020