IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-01579 MV |
| ) | |
| vs. ) | |
| ) | |
| **SHELDON HOWE,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

The United States hereby notifies the Court that attorney Chelsea Van Deventer withdraws as counsel of record for the United States, and Assistant United States Attorney Mark A. Probasco enters his appearance on behalf of the United States.

The United States respectfully requests that the Court deliver all future notices, pleadings and correspondence to counsel of record Mark A. Probasco.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed on August 28, 2024*
MARK A. PROBASCO
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on August 28, 2024, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/*
MARK A. PROBASCO
Assistant United States Attorney