AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>_____Sheldon Howe_____<br>*Defendant* | )<br>)<br>)<br>)<br>) Case No. 1084 1:18CR01579-001MV |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 3 0 2024

MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Sheldon Howe.

Also Known As: Howe, Sheldon Ryan

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: The defendant failed to report to the probation office as instructed, failed to advise of police contact, possessed dangerous weapons, and failed to advise of his change in employment.

Date: __8/27/2024__

_____
*Issuing Officer's signature*

City and state: __Albuquerque, NM__     __MITCHELL R. ELFERS, CLERK OF COURT__
*Printed name and title*

### Return

This warrant was received on ( date ) __8/27/2024__, and the person was arrested on ( date ) __8/30/2024__
at ( city and state ) __Albuquerque__.

Date: __8/30/2024__

_____
*Arresting officer's signature*

__ADAM J. DURAN, DUSM__
*Printed name and title*