# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Preliminary Revocation/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 18-CR-1579 MV | UNITED STATES vs. Howe | |
| Hearing Date: | 9/4/2024 | Time In and Out: | 9:40 a.m./9:44 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Sheldon Howe | Defendant's Counsel: | Wayne Baker |
| AUSA: | Mark Probasco | Pretrial/Probation: | Amy Gee |
| Interpreter: | N/A | Witness: | |

**Initial Appearance**
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for ___ on Click or tap to enter a date. @ ___

**Preliminary/Show Cause/Identity**
- ☒ Defendant waives Preliminary Revocation Hearing
- ☒ Court finds defendant violated conditions of supervised release     ☐ Court does not find probable cause

**Detention**
- ☒ Defendant waives right to contest detention
- ☐

**Custody Status**
- ☒ Defendant detained pending hearing
- ☐ Conditions

**Other**
- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐