AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 04 2024

MITCHELL R. ELFERS
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sheldon Howe | ) | Case No. 18-cr-1579 (MV) |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing ~~under Fed. R. Crim. P. 5.1, or to a preliminary~~ hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under ~~Fed. R. Crim. P. 5.1~~ or Fed. R. Crim. P. 32.1.

Date: 9/4/2024

_____
Defendant's signature

Wayne Baker
Signature of defendant's attorney

142373
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

federallitigatn@gmail.com
E-mail address of defendant's attorney

505-652-4222
Telephone number of defendant's attorney

888 308 0987
FAX number of defendant's attorney