**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

SEP 25 2024

MITCHELL R. ELFERS
CLERK

AO 442 (Rev. 10/08) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of New Mexico

UNITED STATES OF AMERICA
v.
Sheldon Howe

**WARRANT FOR ARREST**
Duplicate Original
(Pursuant to Rule 41)
Case: 1084 1:18CR01579- 001MV

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Sheldon Howe and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☒ Violation of Conditions of       ☐ Probation Violation        ☐ Supervision Release Violation
Pretrial Release

charging him or her
On September 9, 2024, the defendant failed to abide by his conditions of release in that he cut off his GPS tracker in violation of the location monitoring program; and left Hoffman Hall sober living where he was required to reside.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable Steven C. Yarbrough in violation of the Order Setting Conditions of Release requiring the defendant be placed in the custody of Hoffman Hall Sober Living Facility; and requiring the defendant to participate in the location monitoring under GPS technology and the curfew component.

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Honorable John F. Robbenhaar | 09/09/2024 at 2034 hours |
| Name of Issuing Judge | Date and Time: |
| Albuquerque | /s/ Krys Avrit |
| Location | United States Probation/Pretrial Services Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 9/20/24 | FARMINGTON DEPUTY USM | L. HARPER |