UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 18-1579-MV | USA vs. | Howe |
| Date: | January 14, 2025 | Name of Deft: | Sheldon Howe |
| Before the Honorable | Martha Vázquez | | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:40 a.m. / 11:01 a.m. | Total Time in Court (for JS10): | 1 hour, 21 minutes |
| Clerk: | Linda Romero | Court Reporter: | Mary Loughran (via Zoom) |
| AUSA: | Mark Probasco | Defendant's Counsel: | Wayne Baker |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Krys Avrit, Joe Golino | Sworn? | Yes   No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):   Standard – The defendant failed to report to his probation officer as instructed by his probation officer.   Standard – The defendant failed to notify his probation officer of a change in his employment.   Standard – The defendant failed to report contact with law enforcement to his probation officer.   Standard – The defendant possessed a dangerous weapon. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP):   6 months or until a bed becomes available at the New Mexico Wellness inpatient treatment program, whichever is earlier |
|---|---|

| Supervised Release: | 18 months | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Inpatient substance abuse treatment program (New Mexico Wellness) | X | Outpatient substance abuse treatment program (waive confidentiality) |
| X | Substance abuse testing (up to 60 tests per year) | X | No alcohol (up to 4 tests per day) |
| X | No psychoactive substances | X | No drug paraphernalia |
| X | Mental health treatment program (waive confidentiality) | X | Take all prescribed medications |
| X | Search of person, property | X | Maintain full-time employment |
| | OTHER: | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | , IF ELIGIBLE. |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | |
|---|---|
| OTHER COMMENTS | Court addresses defendant and reviews the alleged violations in the Petition.   Defendant admits all violations.   Court addresses defendant and identifies documents she has reviewed in preparation for the hearing.   Defendant addresses Court.   Defense counsel addresses Court.   Probation Officer Krys Avrit addresses Court.   Government counsel addresses Court.   Defense counsel responds.   Defendant addresses Court.   Court addresses defendant and imposes sentence.   Court encourages defense counsel to file a petition for early termination of supervision after the defendant has completed a year of supervision with no violations. |