IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                                                                          No.  1:18-CR-01579-MV

SHELDON HOWE,

    *Defendant*.

## NOTICE OF UNAVAILABILITY

    COMES NOW Clay L. Wilwol, as counsel of record for Defendant Sheldon Howe, and provides the Court—and all attorneys and parties of record—with notice that undersigned counsel will be out of the country between August 15, 2025, and August 26, 2025, and thus unavailable for any in-person proceedings in this matter during that time.

    Respectfully submitted,

    **ROTHSTEIN DONATELLI LLP**

       /s/ *Clay L. Wilwol*
       CLAY L. WILWOL
       500 4th Street NW, Suite 400
       Albuquerque, NM 87102
       505-243-1443 – office
       505-242-7845 – fax
       cwilwol@rothsteinlaw.com

       *Attorney for Defendant Sheldon Howe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of August, 2025, I filed the foregoing pleading electronically with CM/ECF which caused all counsel of record to be served as reflected on the notice of service.

/s/ *Clay L. Wilwol*
**ROTHSTEIN DONATELLI LLP**