AO 442 (Rev. 08/14) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

AUG 21 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| UNITED STATES OF AMERICA | ) |
| v. | ) |
|  | ) Case No. 1084 1:18CR01579-001MV |
| Sheldon Howe | ) |
| *Defendant* | ) |

CERTIFIED a true copy of the
original filed in the office
of the Clerk

by _____
   Deputy

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Sheldon Howe

Also Known As: Vegay, Shaun                    Also Known As: Howe, Sheldon Ryan

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: The defendant failed to successfully complete inpatient treatment.

Date: August 7, 2025                      _____
                                           *Issuing Officer's signature*

City and state:   Santa Fe, New Mexico     MITCHELL R. ELFERS, CLERK OF COURT
                                           *Printed name and title*

### Return

This warrant was received on (date) 8/7/25, and the person was arrested on (date) 8/8/25
at (city and state) ALBUQUERQUE, NM

Date: 8/8/25                               ALBUQUERQUE DEPUTY USM
                                           *Arresting officer's signature*

                                           L. HARPER  SDUSM
                                           *Printed name and title*