UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## VIOLATION OF SUPERVISION PROCEEDINGS
### MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 18-1579-MV | USA vs. | Howe |
| Date: | October 17, 2025 | Name of Deft: | Sheldon Howe |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 1:38 p.m. / 2:42 p.m. | Total Time in Court (for JS10): | 1 hour, 4 minutes |
| Clerk: | Linda Romero | Court Reporter: | Cheryl Cummings |
| AUSA: | Mark Probasco | Defendant's Counsel: | Clay Wilwol |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Krys Avrit | Sworn? Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):   Special – You must participate in an inpatient substance abuse treatment program. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | PETITION HELD IN ABEYANCE FOR 120 DAYS |
|---|---|---|
| Supervised Release: | Probation: | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | All previously imposed conditions remain in place. | X | 120 days with the Recovery Works program with the Taos Pueblo Division of Health & Community Services |
| X | Defendant is allowed to reside in Taos with his wife, Renee Appa, and children. | X | Defendant is allowed to work with Jayne Corporation when a job becomes available with them. |
| X | Defendant shall provide his probation officer with financial information on his income and expenses and work with his PO to develop a budget. | | |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | , IF ELIGIBLE. | |

| OTHER COMMENTS | Court addresses defendant and reviews the violations alleged in the Petition.   Defendant admits the |
|---|---|

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**VIOLATION OF SUPERVISION PROCEEDINGS**
**MINUTE SHEET**

violation. Court identifies documents she has reviewed in preparation for the hearing. Defense counsel addresses Court. Probation Officer Krys Avrit addresses Court. Defendant addresses Court. PO Avrit addresses Court. Court addresses defendant and imposes sentence.