# UNITED STATES DISTRICT COURT
### District of New Mexico

UNITED STATES OF AMERICA

      V.                                    Case Number:

Sheldon Howe                              1:18CR01579-001MV


## ORDER MODIFYING CONDITIONS

THIS MATTER came before the Court on October 17, 2025, on the pending Petition for Revocation of supervised release.

IT IS ORDERED that the petition is held in abeyance for 4  months. Defendant's conditions of supervision are modified as follows:

    All previously imposed conditions remain in place.

The defendant is allowed to reside in Taos, New Mexico, with his wife, Renee Appa, and children.

The defendant shall participate for 120 days with the Recovery Works program with the Taos Pueblo Division of Health & Community Services.  You must follow the rules and regulations of the program. You shall waive your right of confidentiality and allow the treatment provider to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress. The probation officer may disclose the presentence report, any previous substance abuse evaluations and/or other pertinent treatment records to the treatment provider.

The defendant is allowed to work with Jayne Corporation when a job becomes available with them.

The defendant shall provide his probation officer with financial information on his income and expenses and work with his probation officer to develop a budget.


IT IS FURTHER ORDERED that if Defendant complies with all conditions of supervision, the petition for revocation will be dismissed at the conclusion of the period of abeyance.


/s/ Martha Vazquez