IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.      No. 1:18-CR-01579-MV

SHELDON HOWE,

    *Defendant*.

**UNOPPOSED MOTION TO DISMISS PETITION OF SUPERVISED RELEASE**

Defendant Sheldon Howe, through his counsel of record at Rothstein Donatelli LLP, moves the Court to dismiss the Petition for Revocation of Supervised Release, filed August 7, 2025 (Doc. 160) ("Petition"). Following the October 17, 2025, hearing on the Petition, the Court issued an Order Modifying Conditions, filed October 22, 2025 (Doc. 178), in which the Court stated that if Mr. Howe "complies with all conditions of supervision, the petition for revocation will be dismissed at the conclusion of the period of abeyance." *Id.* at 1. The period of abeyance was four months. *Id.* Accordingly, having duly complied with all his conditions of release and with approval of his probation officer, Mr. Howe respectfully requests the Court to dismiss the Petition. The United States of America, through Assistant United States Attorney Mark Probasco, does not oppose the relief requested in this Motion.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

/s/ *Clay L. Wilwol*
Clay L. Wilwol
500 4th Street NW, Suite 400
Albuquerque, NM 87102
505-243-1443 – office
505-242-7845 – fax
cwilwol@rothsteinlaw.com

*Attorney for Defendant Sheldon Howe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of February, 2026, I filed the foregoing pleading electronically with CM/ECF which caused all counsel of record to be served as reflected on the notice of service.

/s/ *Clay L. Wilwol*
**ROTHSTEIN DONATELLI LLP**

2