IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.      No. 1:18-CR-01579-MV

SHELDON HOWE,

    *Defendant*.

## ORDER

THIS MATTER comes before the Court on Defendant Sheldon Howe's Unopposed Motion to Dismiss Petition of Supervised Release, filed February 18, 2026 (Doc. 179). Having reviewed the Unopposed Motion and the relevant procedural history in this case, and noting that neither the United States of America nor the United States Probation Office opposes the relief requested by Mr. Howe, hereby orders that the Petition for Revocation of Supervised Release, filed August 7, 2025 (Doc. 160), is dismissed.

It is **SO ORDERED.**

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE